UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:16CR246 |
| | ) | |
| Plaintiff, | ) | JUDGE SARA LIOI |
| | ) | Magistrate Judge George J. Limbert |
| v. | ) | |
| | ) | |
| KENNETH D. SMITH, | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| Defendant. | ) | |

Pursuant to General Order 99-49, this case was referred on September 16, 2016 to United States Magistrate Judge George J. Limbert for the purposes of receiving, on consent of the parties, Defendant Kenneth D. Smith's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered. ECF Dkt. #17.  The following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by Defendant Smith.

1.     On September 30, 2016, Defendant Kenneth D. Smith, accompanied by Federal Public Defender Dennis G. Terez, executed a consent to referral of his case to a United States Magistrate Judge for the purpose of receiving his guilty plea.

2.     Defendant Smith then proffered a plea of guilty to both counts contained in the Superceding Indictment.

3.     Prior to such proffer, Defendant Smith was examined as to his competency, advised of the charge and consequences of conviction, informed that the Court is not bound to apply the Federal Sentencing Guidelines but must consult the guidelines and take them into consideration when it imposes the sentence and of the possibility of a departure from the Guidelines, notified of his rights, advised that he was waiving all of his rights except the right to counsel, and, if such were the case, his right to appeal, and otherwise provided with the information prescribed in Fed. Crim. R. 11.

4.     The undersigned was advised that no commitments or promises have been made by any party, and no written or unwritten agreements have been made between the parties.

5.     The undersigned questioned Defendant Smith under oath about the knowing, intelligent and voluntary nature of the plea of guilty, and the undersigned believes that Defendant Smith's plea was offered knowingly, intelligently, and voluntarily.

6.     The parties provided the undersigned with sufficient information about the charged offense and Defendant Smith's conduct to establish a factual basis for the plea.

In light of the foregoing, and the record submitted herewith, the undersigned concludes that Defendant Smith's plea was knowing, intelligent, and voluntary and all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied.

Accordingly, the undersigned recommends that the plea of guilty be accepted and a finding of guilty be entered by the Court as to both counts contained in the Superceding Indictment.

Date: September 30, 2016                              */s/George J. Limbert*                     
                                                      George J. Limbert
                                                      United States Magistrate Judge


ANY OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within fourteen (14) days of service of this notice.  Fed. R. Crim. P. 59.  Failure to file objections within the specified time constitutes a WAIVER of the right to appeal the Magistrate Judge's recommendation.